# PROCEEDING MEMO
## HONORABLE RICHARD L. SPEER

In Re:

Richard/Ellen Rees

Debtor(s)  Case No. 09-38758

**NATURE OF PROCEEDING:** Hearing on Motion of The Fahey Banking Co. to Hold Debtor, Richard Rees and/or His Attorney in Contempt for Failure to Appear for the 2004 Examination and for Sanctions

APPEARANCES:
JC Ratliff, Attorney for Debtors
Scott Schaeffer, Attorney for Creditor

---

DECISION OF COURT:

- [x] HEARING HELD
- [ ] HEARING NOT HELD
- [ ] MOTION TO CONTINUE   FILED / F/C in _____ days
- [ ] ENTRY F/C _____ days
- [ ] STATUS REPORT F/C _____ days
- [ ] OBJ/MOTION TO BE W/D F/C _____ days

- [ ] GRANTED
- [ ] DENIED
- [ ] DISMISSED
- [x] CONT. FURTHER ORDER OF THE COURT

- [ ] APPROVED
- [ ] SUSTAINED
- [ ] OVERRULED
- [ ] TAKEN UNDER ADVISEMENT
- [ ] DECISIONAL

COMMENTS OF COURT:

DATED: **Thursday, October 14, 2010**