# PROCEEDING MEMO
# HONORABLE RICHARD L. SPEER

In Re:

Richard/Ellen Rees

    Debtor(s)          Case No.    09-38758

**NATURE OF PROCEEDING:**    Hearing on Trustee's Motion to Direct Debtors to Surrender Their US Passports

APPEARANCES:
JC Ratliff, Attorney for Debtors ✓
Bruce C. French, Trustee ✓

---

DECISION OF COURT:

- [x] HEARING HELD
- [ ] HEARING NOT HELD
- [ ] MOTION TO CONTINUE FILED / F/C in _____ days
- [x] ENTRY F/C 14 days
- [ ] STATUS REPORT F/C _____ days
- [ ] OBJ/MOTION TO BE W/D F/C _____ days

- [x] GRANTED
- [ ] DENIED
- [ ] DISMISSED
- [ ] CONT. FURTHER ORDER OF THE COURT

- [ ] APPROVED
- [ ] SUSTAINED
- [ ] OVERRULED
- [ ] TAKEN UNDER ADVISEMENT
- [ ] DECISIONAL

COMMENTS OF COURT:

_____

_____

_____

DATED: **Thursday, October 14, 2010**