# PROCEEDING MEMO
## HONORABLE RICHARD L. SPEER

In Re:

Richard/Ellen Rees

Debtor(s)  Case No. 09-38758

**NATURE OF PROCEEDING:** Hearing on Debtors' Response to Trustee's Motion for Turnover of Assets of Madison Avenue Mini-Storage, LLC

APPEARANCES:
JC Ratliff, Attorney for Debtors
Bruce C. French, Trustee

---

DECISION OF COURT:

- [x] HEARING HELD
- [ ] HEARING NOT HELD
- [ ] MOTION TO CONTINUE FILED / F/C in ____ days
- [x] ENTRY F/C 14 days
- [ ] STATUS REPORT F/C ____ days
- [ ] OBJ/MOTION TO BE W/D F/C ____ days

- [x] GRANTED
- [ ] DENIED
- [ ] DISMISSED
- [ ] CONT. FURTHER ORDER OF THE COURT

- [ ] APPROVED
- [ ] SUSTAINED
- [ ] OVERRULED
- [ ] TAKEN UNDER ADVISEMENT
- [ ] DECISIONAL

COMMENTS OF COURT:
_____
_____
_____

DATED: **Thursday, October 14, 2010**