# PROCEEDING MEMO
# HONORABLE RICHARD L. SPEER

In Re:

Richard/Ellen Rees

    Debtor(s)                 Case No.     09-38758

**NATURE OF PROCEEDING:**     Hearing on Debtors' Objection to Trustee's Motion for Turnover of Funds in an Undisclosed Account in the Bahamas

APPEARANCES:
JC Ratliff, Attorney for Debtors
Bruce C. French, Trustee

---

DECISION OF COURT:

- [x] HEARING HELD
- [ ] HEARING NOT HELD
- [ ] MOTION TO CONTINUE FILED / F/C in _____ days
- [x] ENTRY F/C __14__ days
- [ ] STATUS REPORT F/C _____ days
- [ ] OBJ/MOTION TO BE W/D F/C _____ days

- [ ] GRANTED
- [ ] DENIED
- [ ] DISMISSED
- [ ] CONT. FURTHER ORDER OF THE COURT

- [ ] APPROVED
- [ ] SUSTAINED
- [ ] OVERRULED
- [ ] TAKEN UNDER ADVISEMENT
- [ ] DECISIONAL

COMMENTS OF COURT:

_____
_____
_____

DATED:     **Thursday, October 14, 2010**